| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 15 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JOHN DOE,

    Plaintiff-Appellee,

v.

NATHAN ENTERPRISES CORPORATION, doing business as Online Motors,

    Defendant-Appellant.

No. 06-55670

D.C. No. CV-04-02726-RSWL
Central District of California,
Los Angeles

ORDER

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellee's motion (Docket Entry No. 45) to file under seal the motion to seal case records is granted. The Clerk will maintain Docket Entry Nos. 45 and 46 under seal.

Appellee's motion (Docket Entry No. 46) to seal records is granted. The Clerk will replace appellee's name with "John Doe" on the public docket and in Docket Entry Nos. 43, 44. The Clerk will also remove appellee's mailing address from the public docket.

MKS/MOATT